| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 8:15-cr-298-T-33AEP |
| | | CR 20 0043 EMC |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| James Gluz [address redacted] | Middle District of Florida | Tampa P.O. Box |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Virginia M. Hernandez Covington | |
| | DATES OF SUPERVISED RELEASE: | FROM 11/06/2019 — TO 11/05/2022 |

Count Two: Interstate Transmission of Threat to Injure

FILED
JAN 31 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF Florida

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the  Norther District of California – San Francisco Division  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 27, 2020
*Date*

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Northern  DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 30, 2020
*Effective Date*

*[signature]*
United States District Judge

CR20-43EMC

